1  GIA N. MARINA
   Nevada Bar No. 15276
2  **CLARK HILL PLLC**
   1700 S. Pavilion Center Drive, Suite 500
3  Las Vegas, NV 89135
   E-mail: gmarina@clarkhill.com
4  Telephone: (702) 862-8300
   Facsimile: (702) 778-9709
5  *Attorney for Defendant*
   *Equifax Information Services LLC*
6

7

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ELSIE BRYANT, | Case No. 2:25-cv-00015-CDS-BNW |
| Plaintiff, | |
| vs. | **JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER** |
| EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., CONCORA CREDIT INC. dba FEB RETAIL/CCI, WEBBANK. | **FIRST REQUEST** |
| Defendants. | |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond is extended from April 8, 2025 through and including **May 8, 2025**. The

//

1  request was made by Equifax so that it can have an opportunity to collect and review its internal
2  files pertaining to the allegations in the Complaint, and Plaintiff approves.  This stipulation is filed
3  in good faith and not intended to cause delay.

5  Respectfully submitted, this 2nd day of April, 2025.

7  CLARK HILL PLLC

8  By: /s/Gia N. Marina
   Gia N. Marina
9  Nevada Bar No. 15276
   1700 S. Pavilion Center Drive, Suite 500
10 Las Vegas, NV 89135
   Tel: (702) 862-8300
11 Fax: (702) 778-9709
   Email: gmarina@clarkhill.com
12 *Attorney for Defendant Equifax Information
13 Services LLC*

<u>**No opposition**</u>

/s/*George Haines*
George Haines
**Freedom Law Firm, LLC**
8985 S. Eastern Ave.
Suite 100
Las Vegas, NV 89123
702-880-5554
Email:
Ghaines@freedomlegalteam.com

*Attorney for Plaintiff*

17 IT IS SO ORDERED:

19 _____
   United States Judge

21 DATED: 4/3/2025

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been served this 2nd day of April, 2025, via CM/ECF, upon all counsel of record:

By: /s/*Gia N. Marina*
GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, NV 89135
E-mail: gmarina@clarkhill.com
Telephone:  (702) 862-8300
Facsimile:  (702) 778-9709