George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 100
Las Vegas, NV 89123
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com
Phone: (702) 880-5554
FAX: (702) 385-5518
*Attorneys for Plaintiff Elsie Bryant*

Vincent Aiello, Nevada Bar No. 7970
**SPENCER FANE LLP**
300 South Fourth Street, Suite 1600
Las Vegas, NV 89101
Phone: (702) 408-3418
Facsimile: (702) 408-3401
vaiello@spencerfane.com
*Attorneys for Defendant Concora Credit Inc.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Elsie Bryant,<br><br>Plaintiff,<br><br>v.<br><br>Experian Information Solutions, Inc.; Equifax Information Services LLC; Concora Credit Inc. dba Feb Retail/CCI and WebBank,<br><br>Defendants. | Case No.: 2:25-cv-00015-CDS-BNW<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT CONCORA CREDIT INC. TO RESPOND TO COMPLAINT**<br><br>**FIRST REQUEST** |

Defendant Concora Credit Inc. ("Concora") has requested an extension of time to answer, move or otherwise respond to the Complaint of Plaintiff Elsie Bryant ("Plaintiff" and together with Concora, the "Parties"), to which Plaintiff has no opposition. Accordingly, by this joint motion, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Concora's time to answer, move or otherwise respond to the Complaint in this action is extended from April 8, 2025 through and including **April 30,**

**2025**.

Concora has requested the extension so that it has a sufficient opportunity to compile, review, and evaluate its business records and other files related to the allegations and claims in the Complaint, and Plaintiff approves. The extension will also provide the Parties with additional time to continue their discussions regarding the matter and the potential for a resolution of the claims at an early stage of the case.

This joint motion is filed in good faith and not for the purposes of delay. This is the first request for an extension of this deadline.

Concora has not waived any objection to the venue or jurisdiction of the Court over the person of Concora, or any other challenge to Plaintiff's complaint or other pleadings filed in this case.

Respectfully submitted, this 21st day of March, 2025.


**FREEDOM LAW FIRM, LLC**

By: /s/ Gerardo Avalos
George Haines, Esq.
Gerardo Avalos, Esq.
8985 South Eastern Ave., Suite 100
Las Vegas, NV 89123
*Attorneys for Plaintiff*


**SPENCER FANE LLP**

By: /s/ Vincent Aiello
Vincent Aiello, Esq.
300 South Fourth Street, Suite 1600
Las Vegas, NV 89101
*Attorneys for Defendant Concora Credit Inc.*

JOINT MOTION

**ORDER**

IT IS SO ORDERED:

_(signature)_

UNITED STATES MAGISTRATE JUDGE

DATED: 4/7/2025

**JOINT MOTION**