George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 100
Las Vegas, NV 89123
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com
Phone: (702) 880-5554
FAX: (702) 385-5518
*Attorneys for Plaintiff Elsie Bryant*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Elsie Bryant,<br><br>        Plaintiff<br><br>v.<br><br>Experian Information Solutions, Inc.;<br>Equifax Information Services LLC;<br>Concora Credit Inc. dba Feb Retail/CCI<br>and WebBank,<br><br>        Defendants | Case No.: 2:25-cv-00015-CDS-BNW<br><br>**Stipulation for dismissal of WebBank** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Elsie Bryant and WebBank stipulate to dismiss Plaintiff's claims against WebBank with prejudice.

///

///

///

///

_____

STIPULATION

Each party will bear its own costs, disbursements, and attorney fees.

Dated: May 15, 2025.

**FREEDOM LAW FIRM**

/s/ *George Haines*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff Elsie Bryant*

**MESSNER REEVES LLP**

/s/ *Karie N. Wilson*
Karie N. Wilson, Esq.
8945 West Russell Road, Suite 300
Las Vegas, NV 89148
*Counsel for WebBank*

Based on the parties' stipulation, WebBank is dismissed with prejudice, with each party to bear its own costs and fees.

_____
United States District Judge

DATED:   May 16, 2025