1    George Haines, Esq.
     Nevada Bar No. 9411
2    Gerardo Avalos, Esq.
3    Nevada Bar No. 15171
4    **FREEDOM LAW FIRM, LLC**
     8985 South Eastern Ave., Suite 100
5    Las Vegas, NV 89123
6    ghaines@freedomlegalteam.com
7    gavalos@freedomlegalteam.com
     Phone: (702) 880-5554
8    FAX: (702) 385-5518
9    *Attorneys for Plaintiff Elsie Bryant*

10                 **UNITED STATES DISTRICT COURT**
11                      **DISTRICT OF NEVADA**
12
     Elsie Bryant,                          | Case No.: 2:2025-cv-00015
13
14                          Plaintiff,         **Discovery Plan and Scheduling
                v.                             Order Submitted in Compliance
15                                             with LR 26-1(b)**
16   Experian Information Solutions, Inc.;
     Equifax Information Services LLC;
17   Concora Credit Inc. dba Feb
18   Retail/CCI and WebBank,
19                          Defendants.
20
21
22
23
24
25
26
27
28

On April 10, 2025, WebBank appeared in this case and the Court set a deadline to file a proposed discovery plan and scheduling order by May 25, 2025. Accordingly, Elsie Bryant and Equifax Information Services LLC (collectively as the "Parties"), by and through their respective counsel, hereby submit this Joint Discovery Plan and Scheduling Order. The parties will require 180 days of discovery measured from the date that WebBank filed its answer to Plaintiff's complaint.

## DISCOVERY PLAN

The parties propose the following discovery plan and scheduling order:

1. Initial disclosures  ………………...    June 9, 2025
2. Amend pleadings and add parties  ..    July 9, 2025
3. Expert disclosures (initial):  ………    August 8, 2025
4. Expert disclosures (rebuttal):  …….    September 8, 2025
5. Discovery cutoff date:  ……………    October 7, 2025
6. Dispositive motions:  ……………..    November 6, 2025
7. Pretrial order  …………………..    December 8, 2025

In the event that dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until **30 days after** decision on the dispositive motions or until further order of the court.

Pretrial Disclosures: The disclosures required by Rule 26(a)(3), and any objections thereto, shall be included in the joint pretrial order.

Extensions or Modifications of the Discovery Plan and Scheduling Order: Applications to extend any date set by the discovery plan, scheduling order, or other order must comply with the Local Rules.

1    <u>Protective Order</u>: The parties may seek to enter a stipulated protective order
2    pursuant to Rule 26(c) prior to producing any confidential documents.

3    <u>Electronic Service</u>: The parties agree that pursuant to Rules 5(b)(2)(E) and
4    6(d) of the Federal Rules of Civil Procedure any pleadings or other papers may be
5
6    served by sending such documents by email.

7    <u>Alternative Dispute Resolution Certification</u>: The parties certify that they met
8
9    and conferred about the possibility of using alternative dispute-resolution processes
10   including mediation, arbitration, and early neutral evaluation.  The parties have not
11
12   reached any stipulations at this stage.

13   <u>Alternative Forms of Case Disposition Certification</u>: The parties certify that
14   they considered consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and
15
16   Fed. R. Civ. P. 73 and the use of the Short Trial Program (General Order 2013-01).
17   The parties have not reached any stipulations at this stage.

18   <u>Electronically Stored Information:</u> The parties have discussed the retention
19
20   and production of electronic data. The parties agree that service of discovery by
21   electronic means, including sending original electronic files by email or on a cd is
22   sufficient. The parties reserve the right to revisit this issue if a dispute or need arises.
23
24   <u>Electronic evidence conference certification:</u> The parties further intend to
25   present evidence in electronic format to jurors for the purposes of jury deliberations
26
27
28

1  at trial. The parties discussed the presentation of evidence for juror deliberations but

2  did not reach any stipulations as to the method as this early stage.

3          Dated:  May 20, 2025.

4

5  **FREEDOM LAW FIRM**

6  /s/ *George Haines*
7  George Haines, Esq.
8  Gerardo Avalos, Esq.
   8985 South Eastern Ave., Suite 100
9  Las Vegas, NV 89123
10 *Counsel for Plaintiff Elsie Bryant*

11

12 **CLARK HILL PLLC**

13 /s/ *Gia N. Marina*
   Gia N. Marina, Esq.
14 Clark Hill PLLC
15 1700 S. Pavilion Center Drive, Suite 500
   Las Vegas, NV 89135
16 *Counsel for Equifax Information Services LLC*

17

18

19

20

21

22

23

24

25

26

27

28

1

## SCHEDULING ORDER

2

        The above-set stipulated Discovery Plan of the parties shall be the Scheduling

3

Order for this action pursuant to Federal Rule of Civil Procedure 16(b) and Local

Rule 16-1.

4

5

6              IT IS SO ORDERED:

7

8              UNITED STATES MAGISTRATE JUDGE

9              DATED:  5/22/2025

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28