George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 100
Las Vegas, NV 89123
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com
Phone: (702) 880-5554
FAX: (702) 385-5518
*Attorneys for Plaintiff Elsie Bryant*

Vincent Aiello, Nevada Bar No. 7970
**SPENCER FANE LLP**
300 South Fourth Street, Suite 1600
Las Vegas, NV 89101
Phone: (702) 408-3418
Facsimile: (702) 408-3401
vaiello@spencerfane.com
*Attorneys for Defendant Concora Credit Inc.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Elsie Bryant,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Experian Information Solutions, Inc.;<br>Equifax Information Services LLC;<br>Concora Credit Inc. dba Feb Retail/CCI and WebBank,<br><br>　　　　Defendants. | Case No.: 2:25-cv-00015-CDS-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER FOR WITHDRAWAL OF VINCENT J. AIELLO, ESQ. AND CONCORA CREDIT INC.** |

IT IS HEREBY STIPULATED AND AGREED, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) by and between Plaintiff Elsie Bryant ("Plaintiff") and Defendant Concora Credit Inc., misidentified as Concora Credit Inc. dba Feb Retail/CCI ("Concora"), that the claims against Concora were resolved and therefore dismissed on their merits with prejudice with no fees and costs to either party on May 7, 2025. Therefore, Concora Credit, Inc. and Vincent J. Aiello, Esq. of

OM 1893919.2

Spencer Fane LLP, should be removed from the service list for Case No. **2:25-cv-00015-CDS-BNW.**

Submitted by:

| Dated this 24th day of June 2025 | Dated this 24th day of June, 2025 |
|---|---|
| SPENCER FANE LLP | FREEDOM LAW FIRM, LLC |
| By: /s/ *Vincent Aiello* | By: */s/ Gerardo Avalos* |
| Vincent Aiello, Esq. | George Haines, Esq. (Nevada Bar 9411) |
| Nevada Bar No. 7970 | Gerardo Avalos, Esq. (Nevada Bar 15171) |
| 300 S. Fourth Street, Suite 1600 | 8985 S. Eastern, Ave., Suite 100 |
| Las Vegas, Nevada 89101 | Law Vegas, Nevada 89123 |
| *Attorneys for Defendant Concora Credit Inc.* | *Attorneys for Plaintiff Elsie Bryant* |

## **ORDER**

**It IS SO ORDERED** that Concora Credit, Inc. and Vincent J. Aiello, Esq. of Spencer Fane LLP, should be removed from the service list for Case No. **2:25-cv-00015-CDS-BNW.**

_____
**UNITED STATES MAGISTRATE JUDGE**
Date: 6/26/2025

OM 1893919.2
OM 1893919.3